UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN DAVID CROCKER,<br>Plaintiff,<br>v.<br>COUNTY OF SOUTH LAKE TAHOE, et al.,<br>Defendants. | No. 2:26-cv-00689-DJC-SCR |
| BENJAMIN DAVID CROCKER,<br>Plaintiff,<br>v.<br>COUNTY OF AMADOR,<br>Defendant. | No. 2:26-cv-00691-TLN-CKD |
| BENJAMIN DAVID CROCKER,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, et al.,<br>Defendants. | No. 2:26-cv-01487-TLN-CSK<br><br>RELATED CASE ORDER |

Examination of these actions reveals that they are related within the meaning of Local Rule 123(a). All actions involve the common parties, are based on the same or a similar claim, and raise similar questions of fact and law. *See* Local Rule 123(a)(1), (3). Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge, it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 2:26-cv-00691 and 2:26-cv-01487 are reassigned to the undersigned and is reassigned from District Judge Troy L. Nunley to the undersigned and Magistrate Judge Sean C. Riordan. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:26-cv-00691-DJC-SCR and 2:26-cv-01487-DJC-SCR.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: **November 4, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE